IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RYAN TYLER,

    Plaintiff,

v.                                                        CASE NO. 1:06-cv-00010-MP-AK

FAIRFIELD PROPERTIES, L.P.,
ALEXIS HECHT,
JEFFREY HECHT,

    Defendants.

_____/

## **O R D E R**

This case was recently transferred to this court from the Southern District of Florida. A telephone status conference was held on Thursday, February 2, 2006. During the conference, the parties indicated that they have already submitted their discovery conference report pursuant to Federal Rule of Civil Procedure 26(f). Doc. 33-26. After considering the report, the court hereby approves of and adopts the report as submitted by the parties.

**DONE AND ORDERED** this   *2nd* day of February, 2006

                              *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge